Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DANA JEAN BELL )<br>)<br>) | Criminal Case No.: 24-CR-271 |

## WAIVER OF INDICTMENT

I, _____DANA JEAN BELL_____, the above-named defendant, who is accused of

18 U.S.C. Section 111(a)(1) - Assaulting, Resisting or Impeding Certain Officers

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____7/8/2024_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____  Date: 7/8/24
Timothy J. Kelly
United States District Judge