# LISA K. CLAYTON M.D.
Forensic and General Psychiatry

September 18, 2024

Joe Shearin
Attorney & Counselor at Law
1850 N. Central Expressway
Suite M1108
Dallas, TX 75206

> Re: Dana Jean Bell
> Cause No. 24-CR-00271-TJK

Dear Mr. Shearin,

At your request I have performed a forensic psychiatric evaluation of Ms. Dana Bell. The purpose of the forensic psychiatric evaluation was to determine if Ms. Bell who had prior to January 6, 2021 been a law abiding citizen had any psychiatric/psychological explanation concerning her actions which led to her current federal criminal case. I was also asked to assess Ms. Bell's future dangerousness and her ability to successfully complete any type of federal probationary period.

QUALIFICATIONS:
I am qualified to render an expert forensic psychiatric opinion in regards to Ms. Dana Bell. I have been a licensed medical doctor in the state of Texas since July of 1992. My medical license has always been in good standing with the Texas Medical Board (TMB.) In fact, on several occasions, I have been a medical expert for the TMB to give my medical opinions about physicians who are being sanctioned by the TMB as to whether or not they were mentally fit to practice medicine. I graduated from Emory Medical School in Atlanta, Georgia. I completed a one year internship training at Emory University Medical School and then I completed two years of psychiatric residency training at Emory University Medical School. I completed my fourth year of psychiatric residency training at the University of Texas Southwestern (UTSW) Medical School in Dallas, Texas.

After I completed the four years of required training in general psychiatry, I applied and was accepted to the UTSW Forensic Psychiatric Fellowship program. During my UTSW Forensic Psychiatric Fellowship, I was trained, and my methodologies were peer-reviewed by forensic psychiatrists and psychologists at UTSW. I was board certified by the American Board of Psychiatry and Neurology (ABPN) in General Psychiatry in 1997 and re-certified in 2007. I was subspecialty board certified in Forensic Psychiatry by the ABPN in 1999 and re-certified in 2009.

In my 29+ years of clinical practice in Forensic Psychiatry, I have worked as a forensic psychiatrist at the Dallas County Jail, the federal prison in Seagoville, Texas, the Texas Youth Commission (TYC) Corsicana State School, and the TYC Gainesville State School. I have been hired by district court judges in Dallas County and other counties in the North Texas area to evaluate defendants for a variety of mental issues, including competency, mitigation, and future dangerousness. I have rendered my expert opinion to the district and county courts over 4000+ times. On several occasions, I have been appointed by federal district court judges to evaluate a defendant in the federal court system to give my medical opinion about their mental condition. I have also been hired by local defense attorneys and county district attorney offices to evaluate criminal defendants and give my forensic psychiatric opinions concerning the defendants. In my clinical general psychiatric practice, I have evaluated and treated over 2000+ patients who have had the diagnosis of Anxiety Disorder, Panic Disorder, Depression, and PTSD.

EVALUATION:
The forensic psychiatric evaluation of Ms. Dana Bell was conducted by me in my private office in Southlake, Texas on two different occassions. The first evaluation was on 06/28/2024 and lasted approximately 4.0 hours. The second evaluation took place on 07/31/2024 and lasted approximately 2.5 hours. During both evaluations Ms. Bell and I were the only ones present in my office. Both evaluations consisted of a clinical interview to obtain her history and other pertinent information, a detailed mental status evaluation and extensive questioning about the events immediately prior to, during, and after her committing the offense of "assaulting, resisting, or impeding certain officers" on January 6, 2021. During the first evaluation I conducted brief cognitive skills testing of Ms. Bell. I also conducted a Hare Psychopathy Checklist Revised (PCL-R) test of Ms. Bell.

I reviewed all of the video footage of Ms. Bell from January 6, 2021 provided to Mr. Shearin by the federal prosecutors in Ms. Bell's case. I reviewed the Statement of Offense concerning Ms. Bell's criminal charge and the U.S. Department of Justice full and complete plea offer to Ms. Bell which she accepted and pled guilty to on 07/08/2024. I also reviewed a copy of Ms. Bell's current prescription medications provided to me by Ms. Bell.

DANA BELL'S LIFE HISTORY:
Ms. Dana Bell was born in Oklahoma City, Oklahoma and lived there with her parents, her older brother, her older sister and her fraternal twin sister until she was five years old. She said she and her twin sister were born premature and had to remain in the hospital for approximately one month after they were born. She described her family as being middle-class with her mother being a stay-at-home mom and her father working in restaurant distribution and supplies as a salesman.

Ms. Bell reported her family moved to Bedford, Texas when she was in first grade. She and her sister walked to their elementary school. Ms. Bell said she was a shy quiet child who had a few friends in school and her twin sister, Donna was "totally opposite" being very outgoing and popular. Ms. Bell described her family life as being very traditional with her father being a strict authoritarian head of the household which caused her to fear him and walk on "eggshells"

when he was home. She described her twin sister as being able to manipulate their father by crying and whining causing him to not be as harsh in disciplining her.

Ms. Bell said she was a B average student in school. She said she enjoyed her middle school years but hated the large high school she attended for the 10th through 12th grade. Her twin sister Donna was "blonde, green eyed, very pretty and very popular"and Ms. Bell said she looked totally opposite of her sister with brown wirey hair. Her sister Donna was a cheerleader and later on the school dance team. Ms. Bell said her sister Donna "wanted everything she had and everything I had also." Ms. Bell worked during high school and graduated early in February 1977.

Ms. Bell said her father was very religious and she and her sister were not allowed to wear pants until the sixth grade. The family attended a very strict religiously church named the Church of the Firstborn until she was in junior high. Ms. Bell stated her brother Michael was six years older and he rebelled against their father. Michael used drugs and alcohol heavily. After high school he never kept a job. Michael had a criminal history for various criminal offenses and on one Christmas he beat up their father resulting in criminal charges. Ms. Bell stated despite Michael's defiant behaviors, her parents supported Michael financially most of his life until he died from an overdose of cocaine, alcohol and Prozac at the age of 42. Ms. Bell said her mother always blamed her for Michael's death because Ms. Bell had encouraged her brother to see a doctor and get on Prozac.

After Ms. Bell had graduated from high school she continued to live at her parents house and she began working in various clerical positions. Ms. Bell married her first husband when she was 19 years old. He was emotionally abusive to her and on several occasions he would hit her when he was angry with her at one point giving her a black eye. Ms. Bell said her father used his VA loan to help them buy a house. A few years into their marriage she had gotten a great job as a secretary in an oil company and he was not working regularly because he wanted to stay home and smoke pot all day. Ms. Bell said she gained some self-confidence and eventually got a divorce from him leaving him their house.

After the divorce, Ms. Bell continued to work as an administrative assistant for an oil company, getting her own apartment and buying her own car. She stated this was "a good time in her life." After 18 months of being single, Ms. Bell met her current husband, David Bell. He worked as a long-haul truck driver and was living in Louisana. Mr. Bell was in the process of getting a divorce and he had a four-year-old daughter and an infant daughter with his first wife. She said he was very charming and they became a couple.

Ms. Bell stated she and Mr. Bell got married in 1982 after his divorce was final. They had their first child a son, Ryan about 2 years later. While living in Los Angeles Ms. Bell was working at a local store and she put her three year old son, Ryan in a local daycare. Ms. Bell said after approximately a year she discovered her four year old son, Ryan had been sexually abused at his daycare for many months. Due to inappropriate sexual behavior by her son Ryan, she discovered

he had been repeatedly sexually assaulted at his daycare. Ryan also displayed emotional trauma and damage to the sexual assaults.

Ms. Bell said she felt extremely guilty for putting Ryan in the daycare and not noticing something was wrong sooner. After this she became a stay-at-home mother and they moved back to Keller, Texas prior to the birth of their daughter, Kailey. Ms. Bell said she and her husband felt betrayed by the Los Angeles police as they had discouraged them from pressing charges telling them Ryan due to being four years old would not be a good witness and he would be further traumatized.

After the birth of her second child Ms. Bell continued to be a stay-at-home mother, Mr. Bell had a period of unemployment in Texas after being laid off, requiring the family to live off savings. After 1 year being unemployed he got a great job in the field of logistics. The couple bought their home on an acreage in Colleyville in 1992 being able to raise their son and daughter in the suburbs. Ms. Bell said after her daughter had started school she briefly worked as a driver for an assisted living facility but she began to have severe panic attacks causing her to quit the job due to being afraid of having a panic attack while she was driving the patients. Ms. Bell described her relationship with her husband during this time as being "very close."

In 2004 Mr. Bell was diagnosed with rectal cancer. He was treated at M.D. Anderson Cancer Center and as part of his cancer treatment had surgery to remove his rectum. Since that surgery and his refusal to have a colostomy bag, he has severe bathroom issues and is not able to be away from the bathroom for fear of having an accident of uncontrolled loose stools. According to Ms. Bell this issue has controlled their lives and caused him to lose his job and eventually after spending all of their 401(k) retirement savings caused them to lose their home. Ms. Bell stated she left him in 2014 but this caused her to have a nervous breakdown and she decided not to follow through with the divorce.

After they lost their home of 25 years to foreclosure, Ms. Bell and her husband had to live in a camper for 4 years. Mr. Bell had just gotten a new job in Houston, Texas prior to the Covid19 pandemic but he lost this job after the Covid19 shut down. Ms. Bell reported she has had multiple health problems for the past 20+ years including depression, unexplained numbness and burning pain in her feet and palms. She has severe nasal and eye dryness thought to be some type of autoimmune disorder. Ms. Bell reported she has been very frustrated with the medical doctors she has seen which have not been able to help her. Ms. Bell said her health problems have caused her not to be able to work.

Ms. Bell has been treated for chronic insomnia and she has also been diagnosed and treated for Panic Disorder, Anxiety, and Depression for the past 20 years by her primary care physician. She has been on various antidepressant and anti-anxiety medications including Paxil at first which had more recently been changed to Lexapro. Ms. Bell reported she has also been diagnosed with High Blood Pressure and has been prescribed Lisinopril-HCTZ to treat it. She has never had any

type of psychotherapy or counseling. She does not use any type of recreational drugs and has rarely drank alcohol. She and her husband have coexisted in a small home in Princeton, Texas close to their married daughter, Kailey for the past 2 years.

HISTORY OF EVENTS RELATED TO JANUARY 6, 2021:
Ms. Bell stated she had always been a politically conservative voter but not very involved. She became a big supporter of Donald Trump when he ran for President in 2016. She felt a connection with him because she believed he understood what she and her family were going through in their attempt to have the "American Dream." Ms. Bell, her husband, and 2 other friends went together to Washington D.C. for Donald Trump's Inauguration in January of 2017. She said this was a very uplifting event and she felt she was part of a "patriotic community."

Ms. Bell stated she believed President Donald Trump when he said the 2020 election had been stolen from him. She stated she had listened to the Fox News reports of the various ways the election had been rigged against Donald Trump. She also believed the other Republican politicians stating they had witnessed voter fraud which caused President Trump to lose the election. She said she and her daughter Kailey had attended the Million MAGA March on November 14, 2020 in Washington D.C. protesting peacefully the unfairness of the election results.

Ms. Bell said in the weeks prior to January 6, 2021, she had read various Twitter posts from her President Donald Trump asking her to come to Washington D.C. in order to support him. Ms. Bell stated she believed because "her President" was telling her he needed her to go to Washington D.C. to stop the election from being stolen, it was her patriotic duty as a U.S. citizen to do so. She said at that time she had no control over anything in her life and she had never accomplished anything of importance or made a difference in the world and going to Washington D.C. in order to support President Donald Trump to convince Vice President Pence to not certify the election was her chance to help President Trump.

Ms. Bell had originally planned to go by herself, however her daughter Kailey told her she could not go to Washington D.C. alone and so Kailey would go with her. They flew to Washington D.C. on 01/04/2021 and had booked a room at a hotel close to the U.S. Capital. On the 5th she and her daughter walked around the mall area and U.S. Capitol grounds, bought snacks and bottled waters, and "scoped out a place to sit and watch the events the next day."

On the morning of January 6, 2021, Ms. Bell and her daughter had packed a backpack full of snacks and bottled water and left their hotel to walk to the U.S. Capitol. Ms. Bell and her daughter sat on a cement ledge and watched an area by a back entrance to the U.S. Capital. After a few hours of "people watching." Ms. Bell went back to her hotel room in order to use the bathroom. She said as she was coming back to the where her daughter was sitting when she heard police say "get ready." Over the next several minutes more people began walking towards the area, Ms. Bell followed a group of protesters after they pushed over the bike racks and moved up the steps towards the entrance. She said she was pushed with the crowd surge and found herself in the U.S. Capitol.

Ms. Bell said as she entered the Capitol, she saw a U.S. flag laying on the floor and she quickly went to pick up the flag so it would not get stepped on. After retrieving the flag, Ms. Bell said she was walking through the Capitol building and looking at the interior with some other individuals and she actually stopped and talked with some of the Capitol security guards.

Ms. Bell said after walking around in the Capitol for several minutes she remembered her daughter was outside and she began trying to contact her to let her know where she was. Several minutes later, Ms. Bell went into a bathroom when she heard a loud bang and as she walked out into the small hallway she saw a young pretty lady (Ms. Ashley Babbitt) laying on the floor and she realized she had been shot. Ms. Bell said she became very upset and began yelling at the police who were standing there to help her (Ms. Babbitt.) Ms. Bell said she bent over and looked at Ms. Babbitt's eyes and knew she was dead. She said she became enraged and started yelling and cursing at the police that they had shot and killed her.

Ms. Bell stated after she had witnessed Ms. Babbitt dying, she completely "lost it" and was so upset and angry towards all of the police and security officers she encountered. Ms. Bell said she wanted to find an exit out of the Capitol building so she could find her daughter. She stopped and asked one police officer if she could exit out a different way in order to not be in the crowd of people, but was told she had to exit with the group of protesters the officers were directing towards the main exit. Ms. Bell remembered being very angry and upset as she was being herded out of the Capitol when she jerked back her elbow as an officer was directing her to leave.

After Ms. Bell was able to exit the Capitol and find her daughter, she said she remained extremely agitated and upset. She continued to curse and yell at all police officers she encountered. Ms. Bell said she was in shock due to witnessing the death of Ms. Babbitt at the hands of the police in the Capitol. While walking on the grassy area, Ms. Bell said a lot of the Trump protesters including her daughter were "having fun," but Ms. Bell was raging and took it out on an African-American man who she believed was a counter protester.

After leaving the Capitol grounds and thinking about what she had witnessed (Ms. Babbitt being killed), Ms. Bell said she became extremely paranoid and fearful that she was going to be imprisoned and possibly harmed. Ms Bell said due to her fears, she and her daughter did not fly home instead they rented a car and drove nonstop back to Texas. She had never been in trouble with the law before but was told she needed an attorney and she hired her current attorney, Mr. Shearin.

Ms. Bell said since January 6, 2021 she has had regular nightmares about Ms. Babbitt being shot and seeing her dead as well as nightmares about the events in general. Ms. Bell has also come to realize former President Trump did lose the 2020 election and he has used all of his followers including herself for his own gain. She said she feels extremely embarrassed, guilty and shamed about her actions as well as the language she used towards the police and security officers on January 6, 2021.

EVALUATION RESULTS:
On both evaluation dates Ms. Dana Bell's results were the same and unless noted the results will be reported as one.

Ms. Dana Bell was a small statured lady who appeared her stated age of 65 years old. She was dressed appropriately in casual summer clothing of a short-sleeved shirt and pants. She had normal hygiene with minimal makeup and jewelry. Ms. Bell was early to both appointments. She had normal eye contact and was respectful, polite, and cooperative. During the first part of the initial evaluation on 06/28/2024, Ms. Bell was slightly more reserved, but as the evaluation progressed she became more relaxed. She continued to exhibit a relaxed demeanor during the 2nd evaluation also.

Ms. Bell listened closely to each of the questions and answered in a thoughtful and forthright manner. She had a mildly anxious but had a constricted emotional state throughout most of the 6.5 hours of evaluation time. She became visibly sad when discussing her experience of witnessing Ms. Ashley Babbitt's death, She also became tearful when discussing the effect of her decision to follow President Trump's request to go to Washington D.C. has had on her daughter Kailey and her family. Ms. Bell was visibly angry when discussing her feelings of betrayal by former President Donald Trump's encouragement to participate in stopping the certification of the election results.

Ms. Bell had a normal rate and tone of speech. She had normal fluency of speech. She had an average word vocabulary. She was alert and oriented to person, place, date, and her situation. Ms. Bell was concrete in her thinking. She was mildly tangential in her answers to questions but was able to be more goal directed in her responses with prompting. She exhibited a general paranoia and distrust of those in authority including all politicians. She tended to view the world in a very black/white manner and had difficulty processing more complex and abstract concepts. Ms. Bell did not have any outright delusions. She denied any past or current auditory or visual hallucinations. She denied any past or current suicidal ideation/attempts. She denied any past or current homicidal ideation or past history of violence/aggression towards others.

Ms. Bell had average intelligence. Her remote memory was normal. Her recent memory and immediate memory were also in the normal range. She had normal concentration and attention span. She had normal verbal and reading comprehension. She described the meaning of common proverbs in a concrete manner.

Ms. Bell tended to view herself as having a history of being short changed in life beginning with how she was treated growing up by her parents, peers, teachers and others in her community in comparison with her twin sister. She also had a very pessimistic view of life in general. She had poor self-esteem and was overly critical of herself and her past actions. She viewed herself as being generally powerless and unable to affect most of her life situations in a positive manner. She expressed genuine empathy for others including in retrospect the police and security officers at the U.S. Capitol. She expressed guilt and remorse over her actions and the "horrible" things she said to the officers on January 6, 2021.

The Hare Psychopathy Checklist-Revised (PCL-R) test is a widely used assessment tool used to assess psychopathic traits in individuals. It is scored on a scale of 0-40 with scores of 24+ indicating psychopathic traits and scores of 34+ indicating being a psychopath. Ms. Bell scored a 2 indicating no psychopathic traits.

CONCLUSIONS:
It is my medical opinion Ms. Dana Bell's actions when she committed the federal offense of "Assaulting, Resisting, or Impeding Certain Officers" on January 6, 2021 were the direct result of the trauma Ms. Bell experienced when she witnessed the tragic death of Ms. Ashley Babbitt. On January 6, 2021, Ms. Bell was a 62 year old woman who was already experiencing the mental illnesses of Panic Disorder and Depression and when she witnessed up close the death of Ms. Babbitt which caused her to experience a near psychotic like break that caused her extreme responses of agitation and rage, resulting in her current criminal case.

In reviewing the videotape footage of Ms. Bell from January 6, 2021 prior to her witnessing Ashley Babbitt's gruesome death, Ms. Bell's demeanor was generally calm and friendly towards others including police and security officers. However, after she witnessed Ms. Babbitt's death Ms. Bell's demeanor was totally changed and she began experiencing severe anxiety which was seen in the form of physical and verbal agitation towards the police and security officers whom she blamed for Ms. Babbitt's death. It is my medical opinion Ms. Bell's severely agitated behaviors were due to her pre-existing mental illnesses and the effects of her witnessing Ms. Babbitt's violent death had on her mental state.

It is my medical opinion Ms. Bell throughout her life has always been a conscientious rule following and law-abiding citizen. She has no evidence of any past criminal offenses or history of violence towards any individual, especially law enforcement. Ms. Bell also has no evidence of Antisocial Personality traits or Psychopathic traits, instead she has been a concrete and rigid rule follower, who has always looked up to law enforcement and other authority figures.

It is my medical opinion on January 6, 2021, Ms. Bell as a 62 year old grandmother had no intention to commit a violent federal offense when she responded to President Donald Trump's request for her to go to Washington D.C. and support what he claimed as the President of the United States was her "patriotic duty" to support the attempt to not certify what he said was a false election. Ms. Bell's concrete thinking and lifelong history of looking up to male authority figures for approval and her own self worth caused her to be easily manipulated by former President Donald Trump and his statements about the election being stolen. Ms. Bell like many Americans never considered that President Donald Trump would ask her to do anything that could cause her to be charged with a criminal offense, instead she believed she was acting as a true "U.S. Patriot" when she went to the U.S. Capitol on January 6, 2021.

It is my medical opinion Ms. Bell is being truthful when she expresses her feelings of remorse, guilt, and shame concerning her actions on January 6, 2021 towards all of the law enforcement and security officers she encountered and may have caused them to be harmed in anyway by her

actions. Ms. Bell also is genuine when she expresses her profound regret for being "duped" by former President Donald Trump's lies and manipulation causing her to go to Washington D.C. in early January of 2021.

It is my medical opinion Ms. Bell has appropiately accepted responsibility for her actions on January 6, 2021 by pleading guilty. It is also my medical opinion, Ms. Bell is not in anyway a future danger to law enforcement or anyone else in society and she would be able to successfully complete any type of federal probationary period. I would recommend as part of any probation requirements Ms. Bell should be under the medical management of a psychiatrist for treatment of her mental illnesses and she also receive psychotherapy/counseling for anger management and to deal with the trauma she experienced when she witnessed the death of Ms. Babbitt.

Sincerely,

Lisa K. Clayton M.D.
LKC/ath