UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 24-cr-00271-TJK |
| | : | |
| DANA JEAN BELL, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S SUPPLEMENTAL INDEX OF EXHIBITS FOR SENTENCING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental index of exhibits for sentencing, which adds Exhibit 2A (which is a longer version of original Exhibit 2), and Exhibit 2B, (which captures a similar area, just outside the East Rotunda doors, for a longer period).

The government has updated the index itself, but also submits the below screenshots to aid the Court's review of these two additional exhibits.

*Remainder of page intentionally left blank*

\*       \*       \*

1

**Exhibit 2A**



*Image 1:* Bell pushing forward against rioters as her face just inches from Officer J.P. (bottom right blue arrow), who is clearly suffering from the effects of pepper spray and is beginning to "black out" (in his own words); at least two additional USCP officers, including Officer T.M. (top right blue arrow), are in Bell's immediate vicinity (the third officer's helmet is identified with top left blue arrow).







*Images 2-4: After forcing her way through the mob and closer to the door, Bell then appears to grab the door, then lift her hand to move it in the direction of Officer T.M.'s arm (blue arrow).*

3

**Exhibit 2B**



*Images 5, 6:* Bell hands a rioter in a green jacket and red baseball hat a tissue as he suffers from the effects of pepper spray; she then holds his arm as he pours water into his eyes.



*Image 7:* Approximately 45 seconds later, a loud "bang" noise from a flashbang-like device is heard in Bell's immediate vicinity, which emits visible smoke that lingers in the area (smoke identified by white arrow).






*Images 8-10*: Approximately 35 seconds after the flashbang goes off and chaos ensues, the back of Bell's head and the side of her face, including her glasses, are visible; she appears in the same vicinity as before, just closer now to the East Rotunda doors.

# Updated - Attachment 1

Index of Government Sentencing Exhibits (new exhibits bolded)

| Exhibit | Timecode | Description |
| --- | --- | --- |
| 1 - Making obscene gestures toward east plaza officers | 00:03 - 00:17 | Bell appears from left of screen and begins shaking bike rack barricades; is seen giving the middle finger and repeatedly shouting "fuck you" towards officers at approx. 00:07. |
| 2 - E Rotunda Doors Entry - Bell holding doors - Ofc JP Falls | Full video | Bell's head is seen at approx. 00:04; at 00:06-00:20, her arm can be seen reaching to help pull open the doors as USCP Ofc. T.M. attempts to shut them; remainder of video shows USCP S.A. J.P. losing consciousness into mob after being pepper sprayed and trapped behind doors/rioters. |
| **2A - E Rotunda Doors Entry - Longer Version** | **01:00 – end** | **Bell is initially seen at 01:01 in the vicinity of at least three USCP officers, one of whom is inches from her face; Bell then reemerges around 1:09, where she is seen reaching to grab and open the East Rotunda doors, and also appears to reach towards Ofc T.M.** |
| **2B - E Rotunda Doors Pre-Entry (210107 USA LAURA USA CAP WASH)** | **00:11 - end** | **Bell appears from bottom right of screen at approx. 00:11, where she hands a rioter in a green jacket and red baseball hat a tissue as he suffers from the effects of pepper spray; she then holds his arm as he pours water into his eyes (00:11-00:28); at approx. 01:16, a loud "bang" noise from a flashbang-like device is heard in Bell's immediate vicinity, which emits visible smoke that lingers in the area; at approx. 01:50, the back of Bell's head and her glasses as she turns her head left are visible in the same area, just closer now to the East Rotunda doors.** |

7

| Exhibit | Timecode | Description |
|---|---|---|
| 4 - JaydenX long-- Shooting and Storming Of The US Capitol In Washington DC.mp4 | 00:46 – 01:54 | Bell appears in left middle of screen at approx. 00:46 where she can be heard screaming at officers; at approx. 00:50, she appears to scream "fuckin' assholes" at the USCP officers as she gets in their faces and points at them; at approx. 01:04, Bell stands in front of S.A. K.Y. and screams "fuck you" in his face, while giving him the middle finger; Bell continues barking orders and screaming at the officers, ignoring their commands to leave the area (01:04 – 01:54). |
| 5 - MPD BWC R.S. - BKR6 | 00:03 – end | Bell appears from left of screen and almost immediately begins swearing at officers, stating things like, "don't fuckin' touch me"; at approx. 00:24, Bell stops moving forward, ignoring the officers' commands, forcing the officers to use their batons to physically move her towards the exits and she continues swearing and barking orders at them (00:24-end). |
| 6 - MPD BWC J.S. - BCZM | 00:44 – 01:07 | Bell appears from left of screen and stands directly in front of MPD Ofc. Smith; she gets up close to him, shouts, and shakes her hand in his face, stating: "Get a real job, get a real job! We don't support y'all anymore. Now NO ONE supports you! Nobody" (00:44 – 00:52); Bell's interaction with Ofc. S.H. is also captured in this BWC (01:00 – 01:07). |
| 7 - MPD BWC S.H. - B8CK | 00:09 – 00:41 | Bell appears from right of screen and barks orders while pointing at MPD Ofc. S.H. (00:09 – 00:14); once Ofc. Smith uses his baton to move Bell forward, she spins around and assaults Ofc. S.H. by throwing her elbow into his chest multiple times (00:14 – 00:29); an officer can be heard stating, "Get outta' here, go on, go home, ma'am!" (00:29 – 00:41). |

| Exhibit | Timecode | Description |
|---|---|---|
| 8 - MPD BWC K.A. - BCQN | 00:13 – 00:30 | Bell appears from left of screen and forcibly assaults MPD Ofc. K.A. (Count One) by shoving her shoulder into his body then grabbing, pulling on, and failing to release his horizontally held baton for nearly 10 seconds (00:19-00:30). |
| 9 - Bell Assaulting Media Personnel on NW Lawn - Twitter | 00:07 - end | Bell appears from left of screen and appears to be stating, "get out!" She then reaches to grab camera from person videoing; at approx. 00:16, she begins to attempt to hit and kick the male; when a female attempts to intervene, Bell then attempts to kick and punch her, too (00:23-end). |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Samantha R. Miller
SAMANTHA R. MILLER
Special Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
smiller@hudoig.gov

/s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
601 D Street, NW Washington, DC 20530
(202) 803-1612
carolina.nevin@usdoj.gov